```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08831
   MARKIE LEE SKILLOM
   BERNIE DEAN SKILLOM                          CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-3303    SSN XXX-XX-0417

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/15/2007 and was confirmed 06/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 06/17/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
CITIMORTGAGE                CURRENT MORTG          .00          .00            .00
CITICORP MORTGAGE           NOTICE ONLY      NOT FILED          .00            .00
CITY OF CHICAGO WATER DE    SECURED             410.06          .00         410.06
CINGULAR                    UNSECURED        NOT FILED          .00            .00
AT & T WIRELESS             NOTICE ONLY      NOT FILED          .00            .00
AT & T WIRELESS             NOTICE ONLY      NOT FILED          .00            .00
NEXTEL                      UNSECURED        NOT FILED          .00            .00
NEXTEL COMMUNICATIONS       NOTICE ONLY      NOT FILED          .00            .00
NEXTEL COMMUNICATIONS       NOTICE ONLY      NOT FILED          .00            .00
CINGULAR                    UNSECURED        NOT FILED          .00            .00
ANDERSON CRENSHAW ASSO      UNSECURED        NOT FILED          .00            .00
ARONSON FURNITURE           UNSECURED           195.56          .00          44.10
SBC                         UNSECURED          1062.21          .00         276.18
AT&T LAW DEPARTMENT         NOTICE ONLY      NOT FILED          .00            .00
CAPITAL ONE                 UNSECURED          1963.19          .00         510.46
CAPITAL ONE                 NOTICE ONLY      NOT FILED          .00            .00
CAPITAL ONE                 UNSECURED           973.32          .00         253.08
CAPITAL ONE                 UNSECURED           721.26          .00         187.54
CAPITAL ONE                 UNSECURED           633.69          .00         164.77
CAPITAL ONE BANK            UNSECURED        NOT FILED          .00            .00
CAPITAL ONE BANK            UNSECURED        NOT FILED          .00            .00
CAPITAL ONE BANK            UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO PARKING     UNSECURED          1380.00          .00         358.82
ARNOLD SCOTT HARRIS         NOTICE ONLY      NOT FILED          .00            .00
CHICAGO DEPT OF REVENUE     NOTICE ONLY      NOT FILED          .00            .00
LINEBARGER GOGGAN BLAIR     NOTICE ONLY      NOT FILED          .00            .00
CREDITORS COLLECTION BUR    UNSECURED        NOT FILED          .00            .00
CINGULAR                    UNSECURED        NOT FILED          .00            .00
COMCAST                     UNSECURED        NOT FILED          .00            .00
COMCAST                     NOTICE ONLY      NOT FILED          .00            .00
COMCAST                     NOTICE ONLY      NOT FILED          .00            .00
HARRIS & HARRIS             UNSECURED        NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 08831 MARKIE LEE SKILLOM & BERNIE DEAN SKILLOM
```

```
SOUTH SUBURBAN HOSPITAL    NOTICE ONLY     NOT FILED              .00          .00
SOUTH SUBURBAN HOSPITAL    NOTICE ONLY     NOT FILED              .00          .00
CERTEGY                    UNSECURED       NOT FILED              .00          .00
CERTEGY                    NOTICE ONLY     NOT FILED              .00          .00
ROUNDUP FUNDING LLC        UNSECURED          855.98              .00       222.57
ST FRANCIS HOSPITAL & HE   UNSECURED       NOT FILED              .00          .00
ST FRANCIS HOSPITAL        UNSECURED       NOT FILED              .00          .00
ST FRANCIS HOSPITAL        NOTICE ONLY     NOT FILED              .00          .00
ILLINOIS COLLECTION SYST   UNSECURED       NOT FILED              .00          .00
BLUE ISLAND RADIOLOGY      NOTICE ONLY     NOT FILED              .00          .00
ECAST SETTLEMENT CORP      UNSECURED          939.72              .00       244.35
PRONGER SMITH MEDICARE     UNSECURED         1360.09              .00       353.66
PRONGER SMITH MEDICARE     NOTICE ONLY     NOT FILED              .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         3891.97              .00      1011.99
MIDNIGHT VELVET            UNSECURED           51.93              .00          .00
MONROE & MAIN              UNSECURED          243.76              .00        63.38
ST JAMES HOSPITAL          UNSECURED         3745.84              .00       973.99
MUTUAL HOSPITAL            NOTICE ONLY     NOT FILED              .00          .00
ST JAMES HOSPITAL & HEAL   NOTICE ONLY     NOT FILED              .00          .00
ST JAMES HOSPITAL & HEAL   NOTICE ONLY     NOT FILED              .00          .00
ST JAMES HOSPITAL          UNSECURED       NOT FILED              .00          .00
NCO-MEDCLR                 UNSECURED       NOT FILED              .00          .00
GREGORY EMERGENCY PHYSIC   NOTICE ONLY     NOT FILED              .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED          692.83              .00       180.15
NCO FINANCIAL SYSTEMS      NOTICE ONLY     NOT FILED              .00          .00
OSI COLLECTION SERVICES    UNSECURED       NOT FILED              .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED          209.71              .00        47.29
RADIO SHACK/ CITIBANK      UNSECURED       NOT FILED              .00          .00
ROYAL CARIBBEAN            UNSECURED       NOT FILED              .00          .00
ROUNDUP FUNDING LLC        UNSECURED         3852.01              .00      1001.59
WASHINGTON MUTUAL/PROVID   NOTICE ONLY     NOT FILED              .00          .00
PROVIDIAN NATIONAL BANK    NOTICE ONLY     NOT FILED              .00          .00
ROUNDUP FUNDING LLC        UNSECURED         3650.67              .00       949.25
CBUSASEARS                 NOTICE ONLY     NOT FILED              .00          .00
SEARS                      NOTICE ONLY     NOT FILED              .00          .00
SEARS                      NOTICE ONLY     NOT FILED              .00          .00
SEARS CARD                 NOTICE ONLY     NOT FILED              .00          .00
TARGET NATIONAL BANK       UNSECURED          206.78              .00        46.64
CITIBANK                   UNSECURED       NOT FILED              .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED         2627.87              .00       683.30
WORLD FINANCIAL NETWORK    UNSECURED           77.78              .00        17.54
CITIMORTGAGE INC           NOTICE ONLY     NOT FILED              .00          .00
ARONSON FURNITURE          SECURED NOT I      363.20              .00          .00
CITIMORTGAGE               MORTGAGE ARRE     1145.30              .00      1145.30
LEDFORD & WU               REIMBURSEMENT       92.80              .00        92.80
ACCESS COMMUNITY HEALTH    UNSECURED       NOT FILED              .00          .00
BLUE ISLAND RADIOLOGY      UNSECURED       NOT FILED              .00          .00
HEALTH CARE CENTERS        UNSECURED       NOT FILED              .00          .00
LITTLE CO MARY HOSPITAL    UNSECURED       NOT FILED              .00          .00
```

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 08831 MARKIE LEE SKILLOM & BERNIE DEAN SKILLOM

```
LITTLE COMPANY OF MARY H  NOTICE ONLY    NOT FILED                 .00              .00
LITTLE COMPANY OF MARY H  NOTICE ONLY    NOT FILED                 .00              .00
ADVOCATE HEALTH CENTERS   UNSECURED      NOT FILED                 .00              .00
METRO CARDIOVASCULAR CON  UNSECURED      NOT FILED                 .00              .00
SSM HOME CARE             UNSECURED      NOT FILED                 .00              .00
TOTAL MEDICAL SVC         UNSECURED      NOT FILED                 .00              .00
LEDFORD & WU              DEBTOR ATTY    1,973.00                              1,973.00
TOM VAUGHN                TRUSTEE                                                847.65
DEBTOR REFUND             REFUND                                                  40.54
```

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                  12,100.00

PRIORITY                                                92.80
SECURED                                              1,555.36
UNSECURED                                            7,590.65
ADMINISTRATIVE                                       1,973.00
TRUSTEE COMPENSATION                                   847.65
DEBTOR REFUND                                           40.54
                         ---------------         ---------------
TOTALS                   12,100.00               12,100.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/08/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE